UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NARCUS WESLEY,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:13-cv-00389-MMD-PAL<br><br>ORDER |

On the Court's docket is a motion for certificate of appealability (dkt. no. 16). The Court dismissed this action without prejudice because petitioner neither paid the filing fee nor submitted an application to proceed *in forma pauperis*. By the Court's calculations, at the time petitioner commenced this action, only one hundred twenty-seven (127) days of the one-year period of limitation of 28 U.S.C. § 2244(d)(1) had passed. Petitioner quickly could have commenced a new action without any effect to its timeliness. Reasonable jurists would not find the Court's conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that a certificate of appealability is DENIED.

DATED THIS 5th day of June 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE